NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5014

GROT, INCORPORATED,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 03-CV-1951, Judge Lawrence M. Baskir.

ON MOTION

O R D E R

Upon consideration of Grot, Incorporated's motion to voluntarily dismiss this appeal due to settlement,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

FEB 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Andrew J. Kilpatrick, Jr., Esq.
        Joan M. Stentiford, Esq.

s8

ISSUED AS A MANDATE:     FEB 13 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2009

JAN HORBALY
CLERK